```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
RIGOBERTO ARRIOLA,                                          :
                                                            :
                              Plaintiff,                    :
                                                            :         20-CV-1962 (VSB)
               -against-                                    :
                                                            :              ORDER
658-660 AMSTERDAM CORP., et al.,                            :
                                                            :
                              Defendants.                   :
                                                            :
----------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/2021

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on March 5, 2020, (Doc. 1), and filed an amended complaint on August 5, 2020, (Doc. 15.)  Plaintiff filed affidavits of service of the amended complaint on Defendant 658-660 Amsterdam Corp. on August 27, 2020, (Doc. 24), on Defendant Gianmarco Dimichele on October 15, 2020, (Doc. 26), and on Defendant Remo Biamonte on December 21, 2020, (Doc. 29.)  The deadlines for Defendants to respond to Plaintiff's complaint were September 10, 2020, October 21, 2020, and January 7, 2021, respectively.  (*See* Docs. 24, 26, 29.)  To date, Defendants have not appeared or responded to the complaint.  Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than January 25, 2021.  If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    January 11, 2021
              New York, New York

                                                          _____
                                                          VERNON S. BRODERICK
                                                          United States District Judge