UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RIGOBERTO ARRIOLA, individual and in behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>–against–<br><br>658-660 AMSTERDAM CORP. d/b/a NUMERO 28 PIZZERIA, REMO BIAMONTE, and GIANMARCO DIMICHELE, jointly and severally,<br><br>Defendants. | 20 CV 1962 (VSB) |

## CLERK'S CERTIFICATE OF DEFAULT

**I,** Ruby J. Krajick, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on March 5, 2020, with the filing of a complaint. *See* ECF No. 1. On August 5, 2020, plaintiff filed an amended complaint, and the summons and amended complaint were served on the defendant Remo Biamonte on December 17, 2020, by delivering the summons within the state to a person of suitable age and discretion at the dwelling place or usual place of abode of the defendant Remo Biamonte and by mailing the summons the next day by first class mail to the defendant Remo Biamonte at his lask known residence in an envelope bearing the legend "personal and confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against them, and proof of such service thereof was filed on December 21, 2020. *See* ECF No. 29.

1

I further certify that the docket entries indicate that the defendant Remo Biamonte has not filed an answer or otherwise moved with respect to the first amended complaint herein. The default of the defendant Remo Biamonte is hereby noted.

                                                  Ruby J. Krajick
                                                  Clerk of Court

Dated: New York, New York              By:_____
                                                    Deputy Clerk