UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RIGOBERTO ARRIOLA, individual and in behalf of all other persons similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　　–against–<br><br>658-660 AMSTERDAM CORP. d/b/a NUMERO 28 PIZZERIA, REMO BIAMONTE, and GIANMARCO DIMICHELE, jointly and severally,<br><br>　　　　　　　　Defendants. | 20 CV 1962 (VSB) |

**AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT**

　　　　John M. Gurrieri, an attorney admitted to practice in this court, affirms that the following statements are true under the penalties of perjury:

　　　　1.　　I am associated with the Law Office of Justin A. Zeller, P.C., the attorneys for the plaintiff in this action and, as such, am familiar with the facts and circumstances of this action.

　　　　2.　　This action commenced on March 5, 2020, with the filing of a complaint. *See* ECF No. 1.

　　　　3.　　On August 5, 2020, the plaintiff filed a first amended complaint. *See* ECF No. 15.

　　　　4.　　The summons and first amended complaint were served on the defendant Remo Biamonte on December 17, 2020, by delivering the summons within the state to a person of suitable age and discretion at the dwelling place or usual place of abode of the defendant Remo Biamonte and by mailing the summons the next day by first class mail to the defendant Remo Biamonte at its lask known residence in an envelope bearing the legend "personal and confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from

an attorney or concerns an action against them, and proof of such service thereof was filed on December 21, 2020. *See* ECF No. 29.

5. The time for the defendant Remo Biamonte to answer or move as to the first amended complaint herein has expired.

6. The defendant Remo Biamonte has not answered or moved as to the first amended complaint, and the time for the defendant Remo Biamonte to answer or move has not been extended.

7. The defendant Remo Biamonte is not an infant or incompetent, and is not presently in the military service of the United States as appears from the facts in this litigation and the affidavit of service of the summons and first amended complaint. *See* ECF No. 29.

**Wherefore**, the plaintiff requests that the default of the defendant Remo Biamonte be noted and a certificate of default issued.

*John M. Gurrieri*
John M. Gurrieri
LAW OFFICE OF JUSTIN A. ZELLER, P.C.
277 Broadway, Suite 408
New York, N.Y. 10007-2036
jmgurrieri@zellerlegal.com
Dated: New York, New York                Telephone: (212) 229-2249
       January 19, 2021                  Facsimile: (212) 229-2246