UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

---

RIGOBERTO ARRIOLA, individual and in
behalf of all other persons similarly situated,

Plaintiff,

–against–

658-660 AMSTERDAM CORP. d/b/a
NUMERO 28 PIZZERIA, REMO
BIAMONTE, and GIANMARCO
DIMICHELE, jointly and severally,

Defendants.

20 CV 1962 (VSB)

---

## REQUEST FOR CERTIFICATE OF DEFAULT

Clerk of Court:

Please enter the default of the defendant Remo Biamonte pursuant to Rule 55(a) of the

Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears

from the court file herein and from the attached affirmation of the plaintiff's attorney.

LAW OFFICE OF JUSTIN A. ZELLER, P.C.

By: *John M. Gurrieri*

John M. Gurrieri
jmgurrieri@zellerlegal.com
Justin A. Zeller
jazeller@zellerlegal.com
277 Broadway, Suite 408
New York, N.Y. 10007-2036
Telephone: (212) 229-2249
Facsimile: (212) 229-2246
**ATTORNEYS FOR PLAINTIFF**

Dated: New York, New York
        January 19, 2021

1