UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RIGOBERTO ARRIOLA, individual and in behalf of all other persons similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　　–against–<br><br>658-660 AMSTERDAM CORP. d/b/a NUMERO 28 PIZZERIA, REMO BIAMONTE, and GIANMARCO DIMICHELE, jointly and severally,<br><br>　　　　　　　　Defendants. | 20 CV 1962 (VSB) |

**CLERK'S CERTIFICATE OF DEFAULT**

**I,** Ruby J. Krajick, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on March 5, 2020, with the filing of a complaint. *See* ECF No. 1. On August 5, 2020, plaintiff filed an amended complaint, the summons and amended complaint were served on the defendant Gianmarco Dimichele on September 30, 2020, by delivering the summons within the state to a person of suitable age and discretion at the actual place of business of the defendant Gianmarco Dimichele and by mailing the summons the next day by first class mail to the defendant Gianmarco Dimichele at its actual place of business, in an envelope bearing the legend "personal and confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against them, and proof of such service thereof was filed on October 15, 2020. *See* ECF No. 26.

I further certify that the docket entries indicate that the defendant Gianmarco Dimichele has not filed an answer or otherwise moved with respect to the first amended complaint herein. The default of the defendant Gianmarco Dimichele is hereby noted.

                                                Ruby J. Krajick  
                                                Clerk of Court

Dated: New York, New York         By:_____  
                                                  Deputy Clerk