UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

---

RIGOBERTO ARRIOLA, individual and in behalf of all other persons similarly situated,

                Plaintiff,

–against–

658-660 AMSTERDAM CORP. d/b/a NUMERO 28 PIZZERIA, REMO BIAMONTE, and GIANMARCO DIMICHELE, jointly and severally,

                Defendants.

20 CV 1962 (VSB)

---

**AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT**

John M. Gurrieri, an attorney admitted to practice in this court, affirms that the following statements are true under the penalties of perjury:

1. I am associated with the Law Office of Justin A. Zeller, P.C., the attorneys for the plaintiff in this action and, as such, am familiar with the facts and circumstances of this action.

2. This action commenced on March 5, 2020, with the filing of a complaint. *See* ECF No. 1.

3. Plaintiff filed a first amended complaint on August 5, 2020. *See* ECF No. 15.

4. The summons and first amended complaint were served on the defendant Gianmarco Dimichele on September 30, 2020, by delivering the summons within the state to a person of suitable age and discretion at the actual place of business of the defendant Gianmarco Dimichele and by mailing the summons the next day by first class mail to the defendant Gianmarco Dimichele at his actual place of business in an envelope bearing the legend "personal and confidential" and not indicating on the outside thereof, by return address or otherwise, that the

communication is from an attorney or concerns an action against them, and proof of such service thereof was filed on October 15, 2020. *See* ECF No. 26.

5. The time for the defendant Gianmarco Dimichele to answer or move as to the first amended complaint herein has expired.

6. The defendant Gianmarco Dimichele has not answered or moved as to the first amended complaint, and the time for the defendant Gianmarco Dimichele to answer or move has not been extended.

7. The defendant Gianmarco Dimichele is not an infant or incompetent, and is not presently in the military service of the United States as appears from the facts in this litigation and the affidavit of service of the summons and first amended complaint.

**Wherefore**, the plaintiff requests that the default of the defendant Gianmarco Dimichele be noted and a certificate of default issued.

*John M. Gurrieri*
John M. Gurrieri
LAW OFFICE OF JUSTIN A. ZELLER, P.C.
277 Broadway, Suite 408
New York, N.Y. 10007-2036
jmgurrieri@zellerlegal.com
Dated: New York, New York           Telephone: (212) 229-2249
       January 19, 2021             Facsimile: (212) 229-2246