UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RIGOBERTO ARRIOLA, individual and in behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>–against–<br><br>658-660 AMSTERDAM CORP. d/b/a NUMERO 28 PIZZERIA, REMO BIAMONTE, and GIANMARCO DIMICHELE, jointly and severally,<br><br>Defendants. | 20 CV 1962 (VSB) |

## REQUEST FOR CERTIFICATE OF DEFAULT

Clerk of Court:

Please enter the default of the defendant Gianmarco Dimichele pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of the plaintiff's attorney.

LAW OFFICE OF JUSTIN A. ZELLER, P.C.

By: *John M. Gurrieri*
John M. Gurrieri
jmgurrieri@zellerlegal.com
Justin A. Zeller
jazeller@zellerlegal.com
277 Broadway, Suite 408
New York, N.Y. 10007-2036
Telephone: (212) 229-2249
Dated: New York, New York                Facsimile: (212) 229-2246
         January 19, 2021                **ATTORNEYS FOR PLAINTIFF**

1