UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RIGOBERTO ARRIOLA, individual and in behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>–against–<br><br>658-660 AMSTERDAM CORP. d/b/a NUMERO 28 PIZZERIA, REMO BIAMONTE, and GIANMARCO DIMICHELE, jointly and severally,<br><br>Defendants. | 20 CV 1962 (VSB) |

## ORDER TO SHOW CAUSE

Upon the affirmation, the affidavit of the plaintiff, the pleadings, and the clerk's certificates of default, it is—

**ORDERED** that the Defendants show cause in this Court, before Vernon S. Broderick, United States District Judge, at the Thurgood Marshall United States Courthouse, courtroom 518, at 40 Foley Square, New York, New York, on _____ ____, _____, at __:____ __.m., or as soon thereafter as the Defendants may be heard, why, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, a default judgment should not be entered for the Plaintiff and against the Defendants; and it is further

**ORDERED** that the Plaintiff mail this order and the accompanying papers to Defendants pursuant to Local Civil Rule 55.2(c) and file proof of service by _____ ____, _____, and it is further


2

**ORDERED** that the time to file and serve a response to this order to show cause is through

_____ \_\_\_\_, _____, and the time to file and serve a reply to the response is through

_____ \_\_\_\_, _____.


Dated: New York, New York            _____
      _____   Vernon S. Broderick,
                                                           United States District Judge