UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RIGOBERTO ARRIOLA, individual and in behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>–against–<br><br>658-660 AMSTERDAM CORP. d/b/a NUMERO 28 PIZZERIA, REMO BIAMONTE, and GIANMARCO DIMICHELE, jointly and severally,<br><br>Defendants. | 20 CV 1962 (VSB) |

**AFFIDAVIT OF PLAINTIFF IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**

State of New York  } ss:
County of New York

Rigoberto A. Arriola, being duly sworn, deposes and says:

1. My name is Rigoberto A. Arriola. I am the plaintiff in this action. I reside at 2401 92ND ST in EAST ELMHURST, NY. I am fully competent to make this affidavit, and I have personal knowledge of the facts stated in this affidavit. To my knowledge, all of the facts stated in this affidavit are true and correct.

2. Throughout my employment, the defendant Gianmarco DiMichele was an owner, shareholder, officer, or manager of the defendants' business.

3. Throughout my employment, the defendant Gianmarco DiMichele was an individual who actively participated in the business of the defendants, exercised substantial control over the functions of the employees of the defendants, including the plaintiff and party plaintiffs, and acted directly or indirectly in the interest of an employer.

1

4. Throughout my employment, the defendant Gianmarco DiMichele had the capacity on behalf of the defendants to establish the wages and hours of the employees of the defendants.

5. The defendants jointly employed me approximately from June 26, 2017, until January 19, 2020.

6. The defendants employed me as a cook.

7. I worked for the defendants approximately 55.5 hours per week until December 2017, then worked approximately 63.5 hours until approximately December 22, 2017, then worked approximately 55.5 hours until approximately 2019, then worked approximately 47 hours per week until May 2019, then worked approximately 63.5 hours per week during May 2019, then worked approximately 55.5 hours per week until December 20, 2019, then worked approximately 63.5 hours for one week, then worked approximately 55.5 hours per week until the end of my employment.

8. I worked a spread-of-hours greater than ten approximately two days per week.

9. The defendants paid me approximately $13.00 per hour until November 2018, then approximately $16.00 per hour thereafter.

10. The defendants employed greater than ten employees throughout the duration of my employment.

11. The defendants' business is a restaurant located at 660 Amsterdam Avenue, New York, New York.

12. I worked more than forty hours each workweek, yet the defendants willfully failed to pay me overtime compensation of one and one-half times their regular rate of pay.

13. I worked a spread of hours greater than ten approximately two days per week, and the defendants' willfully failed to pay me spread-of-hours wages during this time.

14. The defendants failed to provide me with a notice and acknowledgment at the time of hiring and never provided me one.

15. In every workweek, the defendants failed to ever provide me with a wage statement with each payment of wages that explained how much they were paying me and how many hours I worked or any other information.

*Rigoberto* (Rigoberto arriola, Jan 22, 2021 11:32 EST)

Sworn to before me this __22nd__ day of __January__, 2021.

*John M. Gurrieri*
Notary Public   State of New York
Qualified in Kings County
Reg. No. 02GU6395831
Exp. 08/05/2023

3