UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RIGOBERTO ARRIOLA, individual and in behalf of all other persons similarly situated,<br><br>                    Plaintiff,<br><br>                    –against–<br><br>658-660 AMSTERDAM CORP. d/b/a NUMERO 28 PIZZERIA, REMO BIAMONTE, and GIANMARCO DIMICHELE, jointly and severally,<br><br>                    Defendants. | 20 CV 1962 (VSB) |

## **DEFAULT JUDGMENT**

Broderick, Vernon, S.

      This cause is before the Court upon an order to show cause for a default judgment against the defendants. It is **ordered, adjudged, and decreed—**

      1.    A default judgment in favor of the plaintiff and against the defendants is hereby **granted**;

      2.    The plaintiff does recover of the defendants 658-660 Amsterdam Corp. d/b/a Numero 28 Pizzeria, Remo Biamonte, and Gianmarco Dimichele $_____, plus prejudgment interest at 9% from June 26, 2017, of $_____, in sum, $_____, plus postjudgment interest pursuant to 28 U.S.C. § 1961, and the plaintiff has execution therefor;

      3.    Pursuant to sections 198(4) and 663(4) of the New York Labor Law, if any such amounts of this judgment remain unpaid upon the expiration of ninety days following issuance of

this judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of this judgment shall automatically increase by fifteen percent.

SO ORDERED.

Dated: _____  _____
       New York, New York              Vernon S. Broderick
                                       United States District Judge