```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
RIGOBERTO ARRIOLA,                                           :
                                                             :
                          Plaintiff,                         :
                                                             :        20-CV-1962 (VSB)
            -against-                                        :
                                                             :             ORDER
658-660 AMSTERDAM CORP., et al.,                             :
                                                             :
                          Defendants.                        :
                                                             :
-------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

There is currently an order to show cause hearing scheduled in this case for March 4, 2021, at 12:00 p.m. The parties are directed to meet and confer, and to inform the Court whether Plaintiff intends to proceed with his motion for default judgment. Accordingly, it is hereby:

ORDERED that the parties shall file a joint letter, no longer than 3 pages, by March 2, 2021, indicating whether Plaintiff intends to move forward with his motion for default judgment.

SO ORDERED.

Dated: February 26, 2021
       New York, New York

*Vernon S. Broderick*
Vernon S. Broderick
United States District Judge