Law Office of
# Justin A. Zeller, p.c.

Justin A. Zeller
jazeller@zellerlegal.com

John M. Gurrieri
jmgurrieri@zellerlegal.com

Telephone: 212.229.2249
Facsimile: 212.229.2246

March 2, 2021

**VIA ECF**

Hon. Vernon S. Broderick, United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse

Re: *Arriola et al v. 658-660 Amsterdam Corp. et al*, 20 CV 1962 (VSB)

Dear Judge Broderick:

    This firm represents the plaintiff in the above-referenced action. No defendant has appeared in this action.

    The plaintiff was contacted today by an attorney who represents defendants in a related action before Your Honor. That attorney, Neil Postrygacz, told me that by tomorrow he will submit a letter requesting an extension of time to answer the amended complaint, *nunc pro tunc*, and also submit an answer. Plaintiff consents to defendants seeking leave from the Court to file the answer by tomorrow. Presuming that Mr. Postrygacz submits the letter seeking the extension of time to answer, submits the answer, and files a notice of appearance by tomorrow, and presuming the Court allows defendants to submit the answer, then plaintiff will *not* seek to pursue the default judgment motion. Otherwise, plaintiff will continue to pursue the motion for default judgment.

    I thank the Court for its time and attention to this action.

                                      Respectfully submitted,

                                      */s/ John M. Gurrieri*

                                      John M. Gurrieri