Law Office of

# Justin A. Zeller, p.c.

Justin A. Zeller
jazeller@zellerlegal.com

John M. Gurrieri
jmgurrieri@zellerlegal.com

Telephone: 212.229.2249
Facsimile: 212.229.2246

March 10, 2021

**VIA ECF**

Hon. Vernon S. Broderick, United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse

Re: *Arriola et al v. 658-660 Amsterdam Corp. et al*, 20 CV 1962 (VSB)

Dear Judge Broderick:

There is no reason why the certificates of default should not be vacated.

I thank the Court for its time and attention to this matter.

Respectfully submitted,

*John M. Gurrieri*

John M. Gurrieri