UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RIGOBERTO ARRIOLA, individual and in behalf of   :
all other persons similarly situated,
                                                        :
                       Plaintiff,
                                                        :
            - against -                                          ORDER
                                                        :
658-660 AMSTERDAM CORP. d/b/a NUMERO 28     20-CV-1962 (VSB)(KNF)
PIZZERIA, REMO BIAMONTE, and
GIANMARCO DIMICHELE, jointly and          :
severally,
                                                       :
                      Defendant.
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that a telephonic status conference shall be held in the above-captioned action on November 2, 2021, at 12:00 p.m.  All parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated:  New York, New York         SO ORDERED:
        August 30, 2021

                                                            /s/ Kevin Nathaniel Fox
                                                            KEVIN NATHANIEL FOX
                                                            UNITED STATES MAGISTRATE JUDGE