UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RIGOBERTO ARRIOLA, individual and in behalf
of all other persons similarly situated,

                              Plaintiff,                  **ORDER SCHEDULING CONFERENCE**

                -against-

658-660 AMSTERDAM CORP. ET AL,                   20-CV-01962 (VSB) (JW)

                              Defendants.

-------------------------------------------------------------------
**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE**

      IT IS HEREBY ORDERED that a status conference shall be held at United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. The courtroom number will be sent to the parties via e-mail in advance of the conference. The parties shall contact Courtroom Deputy Christopher Davis via e-mail at [WillisNYSDChambers@nysd.uscourts.gov](mailto:WillisNYSDChambers@nysd.uscourts.gov) and provide three mutually agreeable dates for the conference. Proposed dates should be within the next two months and any conference will be scheduled for Monday, Tuesday or Wednesday at 2:30 p.m.

      SO ORDERED.

Dated: February 18, 2022
       New York, New York

                                                      _____
                                                      JENNIFER E. WILLIS
                                                      United States Magistrate Judge