UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
RIGOBERTO ARRIOLA, individually and in behalf
of all other persons similarly situated,

                      Plaintiff,                    **<ins>ORDER</ins>**

             -against-                    **20-CV-01962 (VSB) (JW)**

658-660 AMSTERDAM CORP. ET AL,

                      Defendants.
-------------------------------------------------------------------

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE**

      As discussed on the record during the parties' August 15, 2022 conference, the Court sets the following deadlines:

- Discovery is extended until **September 14, 2022** solely for Plaintiff to depose Gianmarco Dimichele and Remo Biamonte.  Gianmarco Dimichele and Remo Biamonte must make themselves available no later than September 14, 2022 to be deposed.

- Defendants must provide amended responses to Plaintiff's interrogatories detailing additional employees who worked with Plaintiff and/or owners of 658-660 Amsterdam Corp. (d/b/a Numero 28 Pizzeria) by **August 29, 2022**.  If Defendants cannot find additional employees and/or owners, Defendants must state in writing that they have made a good faith effort to locate such individuals, but they cannot be found by **August 29, 2022**.

- Defendants must answer the Second Amended Complaint (Dkt. No. 94) by **August 29, 2022**.  If Defendants fail to answer the Second Amended Complaint, Plaintiff may file a certificate of default.

- Defendants must serve amended answers to Plaintiff's interrogatories in writing under oath as required by Federal Rule of Civil Procedure 33(b)(3) by **August 29, 2022**.

SO ORDERED.

Dated: August 15, 2022
      New York, New York

JENNIFER E. WILLIS
United States Magistrate Judge