UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RIGOBERTO ARRIOLA, individually and in behalf
of all other persons similarly situated,

                                      Plaintiff,           **ORDER**

         -against-                      **20-CV-01962 (VSB) (JW)**

658-660 AMSTERDAM CORP. ET AL,

                                      Defendants.
-----------------------------------------------------------------
**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE**

      The Court previously extended the deadline to complete discovery to October 14, 2022. Dkt. No. 128. The parties are directed to file an update regarding the current status of the case by **March 8, 2023**.

      SO ORDERED.

Dated:     February 22, 2023
              New York, New York

                                                        _____
                                                        JENNIFER E. WILLIS
                                                       United States Magistrate Judge