UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    RIGOBERTO ARRIOLA,

                              Plaintiff,

                              20-CV-1962 (VSB)

                -against-

                              **ORDER**

    658-660 AMSTERDAM CORP., REMO
    BIAMONTE, GIANMARCO DIMICHELE,
    ROLANDO BIAMONTE,

                             Defendants.
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      On May 9, 2023, Magistrate Judge Jennifer Willis extended discovery in this case to July 12, 2023.  (Doc. 135.)  Accordingly, on or before July 26, 2023, the parties are ordered to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion, what efforts the parties have made to settle the action, whether any discovery disputes remain outstanding, and whether the parties request referral to mediation.

SO ORDERED.

Dated:  July 19, 2023
         New York, New York

                                                        Vernon S. Broderick
                                                        United States District Judge