UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
RIGOBERTO ARRIOLA,                                     :
:
                          Plaintiff,     :
:             20-CV-1962 (VSB)
        -against-                              :
:                  **ORDER**
658-660 AMSTERDAM CORP., REMO          :
BIAMONTE, JEAN MARCO, GIANMARCO :
DIMICHELE, and ROLANDO BIAMONTE    :
:
                     Defendants.   :
-------------------------------------------------------X

**VERNON S. BRODERICK**, United States District Judge:

      On July 25, 2023, Magistrate Judge Jennifer Willis extended discovery in this case to September 12, 2023.  (Doc. 138.)  Accordingly, on or before October 2, 2023, the parties are ordered to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion, what efforts the parties have made to settle the action, whether any discovery disputes remain outstanding, and whether the parties request referral to mediation.

SO ORDERED.

Dated:  September 25, 2023
           New York, New York

                                                       Vernon S. Broderick
                                                       United States District Judge