LAW OFFICE OF

# JUSTIN A. ZELLER, P.C.

JUSTIN A. ZELLER
JAZELLER@ZELLERLEGAL.COM

BRANDON D. SHERR
BSHERR@ZELLERLEGAL.COM

Telephone: 212.229.2249
Facsimile: 212.229.2246

October 2, 202[...]

**VIA ECF**

Hon. Jennifer E. Willis, United States Magistrate Judge
United States District Court for the Southern District of New Yo[...]
Daniel Patrick Moynihan United States Courthouse

Re: *Arriola et al v. 658-660 Amsterdam Corp. et al*, 20 CV 1962 (VSB) (JW)

Your Honor:

This firm represents the plaintiff in the above-referenced action. The plaintiff moves to extend the time to file the joint letter in connection with the September 26, 2023, order from today to October 4, 2023. There has been no such prior motion. The parties are working to resolve a discovery matter. Mr. Postrygacz informs me he is speaking with his clients tomorrow and that we will speak again after. I am hopeful the parties can report a resolution within the additional requested time. I thank the Court for its time and consideration.

Respectfully submitted,

Brandon D. Sherr

> The request is GRANTED. The parties may have until October 4th to file their joint letter.
>
> SO ORDERED.
>
> *Jennifer E. Willis*
> Jennifer E. Willis
> United States Magistrate Judge
> October 3, 2023