UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                                                         :

RIGOBERTO ARRIOLA,                         :

                             Plaintiff,   :

                                              :            20-CV-1962 (VSB)

                      -v-                        :

                                              :              **ORDER**

658-660 AMSTERDAM CORP., *et al.*,     :

                                              :

                            Defendants. :

-----------------------------------------------------------X

VERNONS S. BRODERICK, United States District Judge:

      On October 5, 2023, Magistrate Judge Jennifer Willis extended discovery in this case to October 30, 2023.  (Doc. 143.)  Accordingly, on or before November 18, 2024, the parties are ordered to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion, what efforts the parties have made to settle the action, whether any discovery disputes remain outstanding, and whether the parties request referral to mediation.

SO ORDERED.

Dated:       November 4, 2024
                 New York, New York

                                                                  Vernon S. Broderick
                                                                 United States District Judge