UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    RIGOBERTO ARRIOLA, et al.,

                            Plaintiffs

                            20-CV-1962 (VSB)

                -against-

                            **ORDER**

    658-660 AMSTERDAM CORP., et. al.,

                       Defendants.

------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       On December 2, 2024, a telephonic status conference was held. (Doc. 149.) Pursuant to my direction in that conference, it is hereby:

       ORDERED that Defendants submit a letter, on or before December 6, 2024, setting out good cause as to why they can take a deposition of Plaintiff, in light of the fact that fact discovery ended in October 2023.

       IT IS FURTHER ORDERED that Plaintiff submit a response to the letter on or before December 12, 2024.

       IT IS FURTHER ORDERED that the Parties submit a joint letter, on or before December 20, 2024, with a briefing schedule for any dispositive motions and whether they are interested in a referral to a magistrate judge for settlement discussions. To the extent Plaintiff intends to move for summary judgment, Plaintiff must also explain the basis for that motion for summary judgment and, if the motion is only for partial summary judgment, why we should not schedule a trial anyway.

SO ORDERED.

Dated:  December 2, 2024
        New York, New York

Vernon S. Broderick
United States District Judge