UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
RIGOBERTO ARRIOLA, et al.,                                 :
                                                           :
                              Plaintiffs                   :
                                                           :           20-CV-1962 (VSB)
                -against-                                  :
                                                           :           **ORDER**
658-660 AMSTERDAM CORP., et. al.,                          :
                                                           :
                              Defendants.                  :
                                                           :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

  Before me is defense counsel's request for additional time to respond to Plaintiff's motion for summary judgment. (Doc. 160.) Defense counsel states that he is "having difficulty contacting [his] clients." (*Id.*) He also requests that, if he continues to be unsuccessful in contacting Defendants, defense counsel be granted leave to file an order to show cause to be relieved as counsel. (*Id.*) Accordingly, it is hereby:

  ORDERED that Defendants' opposition papers to Plaintiff's motion for summary judgment shall be due on or before February 28, 2025. Plaintiff's reply papers shall be due on or before March 7, 2025. For future extension requests, Defendants are directed to Rule 1.G of my Individual Rules & Practices in Civil Cases.

  IT IS FURTHER ORDERED that, if defense counsel continues to be unsuccessful in contacting Defendants by March 10, 2025, defense counsel may file a motion to withdraw as counsel on or before March 14, 2025. The motion to withdraw must include an affidavit stating, among other things, (1) what steps defense counsel has taken to contact each Defendant, (2) when the last contact was made with each Defendant (without revealing the contents of that

communication or any attorney-client privileged or otherwise privileged information), (3) that defense counsel has properly served each Defendant with a copy of the motion to withdraw, and (4) a confirmation from each Defendant that it has received the motion to withdraw, to the extent possible. The motion to withdraw must comply with Local Civil Rule 1.4(b).

SO ORDERED.

Dated:   February 10, 2025
         New York, New York

Vernon S. Broderick
United States District Judge